**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                February 18, 2015
Courtroom Deputy:    Robert R. Keech
FTR Technician:      Kathy Terasaki

---

Civil Action No.  **14-cv-02348-RPM**          Counsel:

**VICTORIA FIRE & CASUALTY**          Christa L. Rock
**COMPANY, an Ohio Corporation;**

     Plaintiff,

v.

**BLANCA L. BAUTISTA, an individual;**          Bradley A. Levin
**CARLOS ESCOBAR BAUTISTA, an**          Nelson A. Waneka
**individual;**          Rostyslaw J. Smyk
**JOSE DOMINGUEZ, as Parent and Next**          Brian D. Pushchak
**Friend of Daughter, MONIQUE**          Lorraine E. Parker
**DOMINGUEZ; an individual;**          William B. Stanton
**DAMIEN CHURCHWELL, an individual;**
**KEVIN CHURCHWELL, an individual;**
**EMMYTH NUNEZ, an individual;**
**MENDOTA INSURANCE COMPANY; a**
**Minnesota corporation**,

     Defendants.

---

**COURTROOM MINUTES**

---

**MOTION HEARING**

**9:59 a.m.**      **Court in session.**

         Court calls case.

         Appearances of counsel.

         Court's opening remarks and statement of undisputed facts of the case.

Plaintiff Victoria Fire & Casualty Company's Motion for Summary Judgment [ECF Doc. No. 28], filed November 17, 2014, is raised for argument.

10:10 a.m.      Argument by Defendant by Mr. Levin.

10:30 a.m.      Argument by Plaintiff by Ms. Rock.

10:40 a.m.      Argument by Defendants by Mr. Levin.

Court makes findings.

**ORDERED:**   Plaintiff Victoria Fire & Casualty Company's Motion for Summary Judgment [ECF Doc. No. 28], filed November 17, 2014, is **GRANTED.**

**ORDERED:**   Counterclaims of defendant Jose Dominguez are **DISMISSED.**

**ORDERED:**   Defendant Jose Dominguez's Rule 56(d) Motion for Discovery and Additional Briefing [ECF Doc. No. 36], filed January 16, 2015, is **DENIED.**

A written order shall be entered by the Court.

10:46 a.m.      Statement by Defendant Jose Dominguez by Mr. Smyk.

**10:47 a.m.**      **Court in recess.**  Hearing concluded.

**Total time:  48 minutes.**