IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02348-RPM

VICTORIA FIRE & CASUALTY COMPANY,

    Plaintiff,

v.

BLANCA L. BAUTISTA, an individual;
CARLOS ESCOBAR BAUTISTA, an individual;
JOSE DOMINGUEZ, as Parent and Next Friend of Daughter,
MONIQUE DOMINGUEZ; an individual;
DAMIEN CHURCHWELL, an individual;
KEVIN CHURCHWELL, an individual;
EMMYTH NUNEZ, an individual;
MENDOTA INSURANCE COMPANY,

    Defendants.

_____

ORDER FOR ENTRY OF JUDGMENT DISMISSING COUNTERCLAIM OF JOSE
DOMINGUEZ AS PARENT AND NEXT FRIEND OF MONIQUE DOMINGUEZ
_____

    Pursuant to the hearing held today and on the undisputed facts as stated by the Court and upon the conclusion that as a matter of law the subject insurance policy did not include coverage for the Mazda RX-8 vehicle driven by Carlos Escobar Bautista at the time of the collision causing injuries to Monique Dominguez and because the record does not include any statement that there was coverage for that vehicle upon which Blanca Bautista could have relied, there is no basis for the claim of promissory estoppel. Accordingly, it is now

    ORDERED that final judgment shall enter dismissing the counterclaim of Jose Dominguez as Parent and Next Friend of Daughter Monique Dominguez.

    DATED: February 18th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge