IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02348-RPM

VICTORIA FIRE & CASUALTY COMPANY,

    Plaintiff,

v.

BLANCA L. BAUTISTA, an individual;
CARLOS ESCOBAR BAUTISTA, an individual;
JOSE DOMINGUEZ, as Parent and Next Friend of Daughter,
MONIQUE DOMINGUEZ; an individual;
DAMIEN CHURCHWELL, an individual;
KEVIN CHURCHWELL, an individual;
EMMYTH NUNEZ, an individual;
MENDOTA INSURANCE COMPANY,

    Defendants.

_____

ORDER DISMISSING MENDOTA INSURANCE COMPANY'S COUNTERCLAIM
AGAINST VICTORIA FIRE & CASUALTY COMPANY
_____

    Upon review of the Stipulation of Dismissal of Mendota Insurance Company's Counterclaim against Victoria Fire & Casualty Company [Doc. 56], it is

    ORDERED that Mendota's Counterclaim against Victoria is dismissed without prejudice. No costs are assessed.

    DATED: March 12th, 2015

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior Judge