IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02348-RPM

VICTORIA FIRE & CASUALTY COMPANY,

     Plaintiff,

v.

BLANCA L. BAUTISTA, an individual;
CARLOS ESCOBAR BAUTISTA, an individual;
JOSE DOMINGUEZ, as Parent and Next Friend of Daughter,
MONIQUE DOMINGUEZ; an individual;
DAMIEN CHURCHWELL, an individual;
KEVIN CHURCHWELL, an individual;
EMMYTH NUNEZ, an individual;
MENDOTA INSURANCE COMPANY,

     Defendants.

_____

ORDER FOR ENTRY OF FINAL JUDGMENT FOR PLAINTIFF
_____

Upon consideration of the Plaintiff's Motion for Summary Judgment, filed March 4, 2015, [Doc. 46], and upon the finding and conclusion that this Court's Order for Entry of Judgment Dismissing Counterclaim of Jose Dominguez as Parent and Next Friend of Monique Dominguez, entered on February 18, 2015, [Doc. 44], finding that there was no insurance coverage for the Mazda RX-8 vehicle driven by Carlos Escobar Bautista at the time of the collision causing injuries to Monique Dominguez on any policy issued by Victoria Fire & Casualty Company, it is now

ORDERED, that a Final Judgment declaring that the Plaintiff does not owe coverage, indemnity or defense to any of the defendants under insurance policy number 7210925 issued to Blanca L. Bautista and for an award of costs. The plaintiff's request for attorney's fees is denied.

DATED: April 13th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge