IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02348-RPM

VICTORIA FIRE & CASUALTY COMPANY,

    Plaintiff,

v.

BLANCA L. BAUTISTA, an individual;
CARLOS ESCOBAR BAUTISTA, an individual;
JOSE DOMINGUEZ, as Parent and Next Friend of Daughter,
MONIQUE DOMINGUEZ; an individual;
DAMIEN CHURCHWELL, an individual;
KEVIN CHURCHWELL, an individual;
EMMYTH NUNEZ, an individual;
MENDOTA INSURANCE COMPANY,

    Defendants.
_____

## FINAL JUDGMENT
_____

Pursuant to the Order for Entry of Final Judgment for Plaintiff entered by Senior District Judge Richard P. Matsch on April 13, 2015, it is

ORDERED AND ADJUDGED that the Plaintiff does not owe coverage, indemnity or defense to any of the defendants under insurance policy number 7210925 issued to Blanca L. Bautista. Plaintiff is awarded costs upon the filing of a bill of costs within 14 days. The plaintiff's request for attorney's fees is denied.

DATED: April 13th, 2015

                FOR THE COURT:

                JEFFREY P. COLWELL, Clerk

                   s/M. V. Wentz
              By_____
                       Deputy