IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02348-RPM

VICTORIA FIRE & CASUALTY COMPANY,

    Plaintiff,

v.

BLANCA L. BAUTISTA, an individual;
CARLOS ESCOBAR BAUTISTA, an individual;
JOSE DOMINGUEZ, as Parent and Next Friend of Daughter,
MONIQUE DOMINGUEZ; an individual;
DAMIEN CHURCHWELL, an individual;
KEVIN CHURCHWELL, an individual;
EMMYTH NUNEZ, an individual;
MENDOTA INSURANCE COMPANY,

    Defendants.

_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [Doc. 74], it is

ORDERED that this action is dismissed with prejudice, each party to pay their own fees and costs.

DATED: March 17th, 2016

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge